### IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Church, Jeff M

Printed: 3/25/08

Case Number: 07 B 08524
Judge: Hollis, Pamela S
Filed: 5/9/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 938.76 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 888.07 |
| Trustee Fee: |  | 50.69 |
| Other Funds: |  | 0.00 |
| Totals: | 938.76 | 938.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 2,812.00 | 888.07 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | National Auto Finance Inc | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Bank FA | Secured | 11,698.31 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 274.62 | 0.00 |
| 6. | Rogers & Hollands Jewelers | Unsecured | 60.73 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 70.29 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 80.77 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 750.87 | 0.00 |
| 10. | AIS Services | Unsecured | 62.22 | 0.00 |
| 11. | Capital One | Unsecured | 86.63 | 0.00 |
| 12. | Honda Finance Services | Unsecured | 1,044.47 | 0.00 |
| 13. | Cook County Treasurer | Secured | | No Claim Filed |
| 14. | CIT Group/Consumer Finance Inc | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | Chase Bank | Unsecured | | No Claim Filed |
| 18. | Chase | Unsecured | | No Claim Filed |
| 19. | Fmcc | Unsecured | | No Claim Filed |
| 20. | Chase | Unsecured | | No Claim Filed |
| 21. | Ford Credit | Unsecured | | No Claim Filed |
| 22. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 23. | Bank Of America | Unsecured | | No Claim Filed |
| 24. | GE Capital Auto Financial Services | Unsecured | | No Claim Filed |
| 25. | GEMB | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Church, Jeff M

Printed:  3/25/08

Case Number:  07 B 08524

Judge:  Hollis, Pamela S

Filed:  5/9/07

| | | |
|---|---|---|
| 26. Credit Protection Association | Unsecured | No Claim Filed |
| 27. GEMB | Unsecured | No Claim Filed |
| 28. GEMB | Unsecured | No Claim Filed |
| 29. HSBC Bank USA | Unsecured | No Claim Filed |
| 30. NTB Credit Plan | Unsecured | No Claim Filed |
| 31. Kay Jewelers | Unsecured | No Claim Filed |
| 32. HSBC Bank USA | Unsecured | No Claim Filed |
| 33. HSBC Bank USA | Unsecured | No Claim Filed |
| 34. National City | Unsecured | No Claim Filed |
| 35. LVNV Funding | Unsecured | No Claim Filed |
| 36. LVNV Funding | Unsecured | No Claim Filed |
| 37. NBGL-Carsons | Unsecured | No Claim Filed |
| 38. USA Payday Loans | Unsecured | No Claim Filed |
| 39. SBC | Unsecured | No Claim Filed |
| 40. Unv Fidity | Unsecured | No Claim Filed |
| 41. Sears Roebuck & Co | Unsecured | No Claim Filed |
| 42. Nicor Gas | Unsecured | No Claim Filed |
| 43. USA Payday Loans | Unsecured | No Claim Filed |

$ 16,940.91          $ 888.07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.69 |

$ 50.69

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: